**Ross M. GRIMMETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39102.**

Missouri Court of Appeals,
Western District.

Dec. 8, 1987.

Melinda K. Pendergraph, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and BERREY, JJ.

## ORDER

PER CURIAM:

Ross M. Grimmett appeals the denial after evidentiary hearing of his Rule 27.26 motion to vacate his conviction and sentence of first degree robbery and two counts of armed criminal action.

Judgment affirmed. Rule 84.16(b).